*Denise B. Smoker*, assistant state's attorney, in opposition.

Decided April 24, 1997

STATE OF CONNECTICUT *v.* JOSEPH GAYMON

The defendant's petition for certification for appeal from the Appellate Court, 44 Conn. App. 916 (AC 15340), is denied.

*H. Jeffrey Beck*, in support of the petition.

*Michele C. Lukban*, deputy assistant state's attorney, in opposition.

Decided April 24, 1997

STATE OF CONNECTICUT *v.* DANIEL SILVA

The defendant's petition for certification for appeal from the Appellate Court, 44 Conn. App. 918 (AC 15385), is denied.

MCDONALD, J., did not participate in the consideration or decision of this petition.

*Christopher P. DeMarco*, in support of the petition.

*Robert J. Scheinblum*, deputy assistant state's attorney, in opposition.

Decided April 24, 1997

STATE OF CONNECTICUT *v.* ANTHONY RICE

The defendant's petition for certification for appeal from the Appellate Court, 44 Conn. App. 919 (AC 15024), is granted, limited to the following issue: